In the Matter of MILTON PINKUS, Appellant, against VILLAGE OF HEMPSTEAD et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 882.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

In the Matter of the Accounting of MARY F. BRADY, as Administratrix with the Will Annexed of the Estate of DANIEL W. TIERNEY, Deceased. In the Matter of the Petition of DEFERRED PAYMENT PLAN, INC., to Compel MARY F. BRADY, as the Administratrix C. T. A. of the Estate of DANIEL W. TIERNEY, Deceased, to Account. DEFERRED PAYMENT PLAN, INC., Appellant; MARY F. BRADY, as Administratrix with the Will Annexed of the Estate of DANIEL W. TIERNEY, Deceased, et al., Respondents. (Consolidated Proceedings.) — Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 913.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

VITO LOBELLO, Respondent, v. CITY OF NEW YORK, Appellant; MANUFAC-TURERS TRUST COMPANY, Defendant-Respondent and Appellant, and FRANK CEVA & SONS, INC., Impleaded Defendant-Appellant and Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. (6 Carmody on New York Pleading and Practice, § 577; Cohen on Powers of the New York Court of Appeals, p. 143.) Motion for stay denied, without costs. [See *ante,* p. 880.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

SIMONE P. PAPAGNO, Appellant, v. HOME OWNERS' LOAN CORPORATION, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. [See *ante,* p. 883.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK MCNAMEE, Appellant.— The notice will be treated as an application made to a Justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Carswell. [See *ante,* p. 871.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANGSTON M. WILLIAMS, Appellant.— Motion to dismiss appeal granted and appeal dismissed. [See *ante,* p. 908.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

SAMUEL SCHIFF, Appellant, v. BELLA R. SCHIFF, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 911.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.

·AGNES SHRUBSALL, Respondent, v. CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted on consent, without costs, and appeal dismissed, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [183 Misc. 424.]

SICILIAN ASPHALT PAVING COMPANY, Respondent, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 994.] Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ.